# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### San Antonio Division

| | |
|---|---|
| In re: | § |
| | § |
| WILSON, JASON B. | § |
| WILSON, MAILE E. | § |
| | § |
| | § |
| Debtor(s). § | Case No. 18-51488-CAG-7 |

## REPORT OF SALE

COMES NOW RANDOLPH N. OSHEROW, the Trustee in this case, and makes and files this Report, and in support thereof respectfully represents to the Court as follows:

I.

On or about September 4, 2018, this Court entered its Order authorizing the Trustee to sell the bankruptcy estate's interest in the real property located at 28111 Heritage Trail, Boerne, TX 78105.

II.

On September 14, 2018, the Trustee received the purchase price from the buyer, Chris Alt and Sara Alt in the amount of $535,026.09- closing disclosed is attached.

III.

Attached to this Report is a copy of Forms I and II.

Dated this 17th day of September, 2018.

Respectfully submitted,

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, Trustee
State Bar No. TX15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 04, 2018.**



_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51488-cag |
| | § | |
| JASON B. WILSON & MAILE E. | § | |
| WILSON, | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

AGREED ORDER AUTHORIZING TRUSTEE TO SELL FREE AND CLEAR OF
INTERESTS, DEBTORS' INTEREST IN REAL PROPERTY OF DEBTORS LOCATED AT
28111 Heritage Trail, Boerne, TX 78105

On the day this Agreed Order was signed, came for consideration the Motion to Sell Debtors' interest in in 28111 Heritage Trail, Boerne, TX 78105.

Legal Description: CB 4709H BLK 2, Lot 14,
The Woods Sub UT-2 P.U.D,

to Chris Alt & Sara Alt. The Court, finding notice was properly given pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules, and no objection having been made or sustained, the Court finds the Motion is meritorious, and it is, therefore,

ORDERED, ADJUDGED, and DECREED ORDERED, ADJUDGED, and DECREED that the Trustee is hereby authorized to sell Free and Clear of All Liens and Interests, the Debtors' interest in in 28111 Heritage Trail, Boerne, TX 78105.

Legal Description: CB 4709H BLK 2, Lot 14, The Woods Sub UT-2 P.U.D, to Chris Alt & Sara Alt for $535,000.00. This sale shall be free and clear of all liens and interests, including, 1. free and clear of the Abstract of Judgment held by Preferred Development Partners, LTD, filed 3/1/2018- Book 19014, Page 159, 2. specifically this sale is free and clear of any and all filed **IRS liens**, specifically the November 2nd, 2016 IRS lien in the amount of $114,009.87. The IRS secured claim, shall attach solely to the proceeds from this sale and never to the real estate property being sold. The IRS lien will be paid in part after all allowed administrative expenses are paid including but not limited to home owners's association dues of $837.25, ad valorem taxes of approximately $13,605.63, realtor fees of $32,100.00, ordinary closing costs, trustee commission of $30,000.00, and costs to prepare final bankruptcy estate tax returns.

It is further

ORDERED, ADJUDGED & DECREED that with respect to the amount of ad valorem taxes for the year 2017 of approximately $13,605.63, and prior related to the Property (real and Personal), such amounts shall be paid at Closing from the sale proceeds by the Closing Agent immediately upon closing and prior to disbursement of any sales proceeds to any other person or entity. Any liens for 2018 and prior ad valorem taxes on the property (real and personal) shall attach to the sales proceeds until paid in full. With respect to the estimated amount of ad valorem taxes for the year 2018 related to the Property (real and personal), such amounts shall be prorated between Buyer and the Debtor/Sellers as of the closing date. The amount of the estimated 2018 taxes prorated for the Debtor/Sellers shall be an adjustment to the amount of cash due from Buyer to the Debtor/Sellers on the Closing Date and the Buyer shall assume responsibility for the year 2018 and ad valorem taxes incident to the Property (real and personal) and the year 2018 ad valorem tax lien shall be retained against the Property (real and personal) until such time as the 2018 ad valorem taxes are paid in full. It is further

ORDERED, ADJUDGED & DECREED that notwithstanding the provisions of Bankruptcy Rules 6004 and 6006 or any applicable provisions of the Local Rules, this Order shall be not be stayed for FOURTEEN DAYS after the entry hereof, but shall be effective and enforceable immediately upon entry. It is further

ORDERED, ADJUDGED & DECREED that Nationstar Mortgage, LLC, dba, Mr. Cooper, not be required to release its lien unless and until it is paid the entire amount described on such payoff quote, or that any sale short of full payoff be subject to Nationstar Mortgage, LLC, dba, Mr. Cooper's final approval, and that any sale be closed and the lien paid in full within six (6) months of any order granting the sale. If a sale does not close within six (6) months of any order granting a sale, then Nationstar Mortgage, LLC, dba, Mr. Cooper, shall have relief from the 11 USC Section 362 automatic stay regarding the Property without further order of this Court.
It is further

ORDERED, ADJUDGED & DECREED that Nationstar Mortgage, LLC, dba, Mr. Cooper, shall not be required to release its lien against the Property unless and until it is paid the entire amount owed to it. It is further

ORDERED, ADJUDGED & DECREED that the title company is authorized to pay the first lien held by Nationstar Mortgage, LLC, dba, Mr. Cooper, all ordinary closing costs, including Home Owner's Association dues of $837.25, ad valorem taxes of approximately $13,605.63, realtor fees of $32,100.00, and Trustee Commission to Randolph N. Osherow, Trustee, of $30,000.00, at closing. It is further

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to execute the documents necessary to effectuate the sale of the above-described property.

# # #

Signed by:

RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 W. Woodlawn, Suite 300
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

/S/ SAL MAURO
Attorney for
Preferred Development Partners, Ltd.
Bar Number: 13238700
12451 Starcrest Drive
San Antonio, Texas 78216-2988
Telephone: (210) 496-0611
Facsimile: (210) 496-7232
samlaw@satx.rr.com

Signed by Permission:

/s/ L. K. Tannery
LynAlise K Tannery
14841 Dallas Pkwy Suite 425
Dallas, TX 75254
Attorney for Nationstar Mortgage, LLC,
dba, Mr. Cooper

# Closing Disclosure

**Closing Information**

| | |
|---|---|
| Date Issued | 9/14/2018 |
| Closing Date | 9/14/2018 |
| Disbursement Date | 9/14/2018 |
| Settlement Agent | Capital Title of Texas, LLC- City View |
| File # | 18-376025-CV |
| Property | 28111 Heritage TRL<br>Boerne, TX 78015 |
| Sale Price | $535,000.00 |

**Transaction Information**

| | |
|---|---|
| Borrower | Christopher Allen Alt and Sara Alt |
| Seller | Randolph N. Osherow, Chapter 7 Trustee of the Bankruptcy Estate of Debtors, Jason B. Wilson & Maile E. Wilson, Case No 19-51488-CAG<br>342 W. Woodlawn Ste. 100<br>San Antonio, TX 78212 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| Due to Seller at Closing | | $535,026.09 |
|---|---|---|
| 01 | Sale Price of Property | $535,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| | Adjustments for Items Paid by Seller in Advance | |
| 09 | Annual Assessments | |
| 10 | City Property Taxes | |
| 11 | County Property Taxes | |
| 12 | HOA  9/15/2018  thru  9/30/2018 | $26.09 |
| 13 | Mud Notices | |
| 14 | School Property Taxes | |
| 15 | | |
| 16 | | |
| **Due from Seller at Closing** | | **$46,440.06** |
| 01 | Excess Deposit | |
| 02 | Closing Costs Paid at Closing (J) | $34,029.20 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | |
| 04 | Payoff of First Mortgage Loan | |
| 05 | Payoff of Second Mortgage Loan | |
| 06 | Option Fee | $100.00 |
| 07 | | |
| 08 | | |
| 09 | | |
| 10 | Adjustment for Owner's Policy Paid by Seller | $2,731.00 |
| 11 | | |
| 12 | | |
| 13 | | |
| | Adjustments for Items Unpaid by Seller | |
| 14 | Annual Assessments | |
| 15 | City Property Taxes | |
| 16 | County Property Taxes  1/1/2018  thru  9/14/2018 | $9,579.86 |
| 17 | HOA | |
| 18 | Mud Notices | |
| 19 | School Property Taxes | |

### CALCULATION

| | |
|---|---|
| Total Due to Seller at Closing | $535,026.09 |
| Total Due from Seller at Closing | -$46,440.06 |
| Cash ☐ From ☒ To Seller | $488,586.03 |

## Contact Information

### REAL ESTATE BROKER (B)

| | |
|---|---|
| Name | Kuper Sotheby's Int'l Realty |
| Address | 4 Dominion Dr Bldg 2<br>San Antonio, TX 78257 |
| TX License ID | |
| Contact | Kathy Ripps |
| Contact TX License ID | |
| Email | kathy.ripps@kupersir.com |
| Phone | 210-240-4464 |

### REAL ESTATE BROKER (S)

| | |
|---|---|
| Name | Joyce Klein Realtors |
| Address | 4416 Ramsgate, Ste 102<br>San Antonio, TX 78230 |
| TX License ID | TX0320012 |
| Contact | Laura Jacaman |
| Contact TX License ID | TX437758 |
| Email | jsan555@yahoo.com |
| Phone | |

### SETTLEMENT AGENT

| | |
|---|---|
| Name | Capital Title of Texas, LLC- City View |
| Address | 10999 IH-10 West Sutie 320<br>San Antonio, TX 78230 |
| TX License ID | TX1877619 |
| Contact | Paula Ullevig |
| Contact TX License ID | TX1314032 |
| Email | pullevig@ctot.com |
| Phone | 210-202-1660 |



Questions? If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

## Closing Cost Details

### Loan Costs

| | | | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|---|---|
| **A. Origination Charges** | | | | |
| 01 | 0% of Loan Amount (Points) | to USAA Federal Savings Bank and each successor in ownership of the indebtedness secured by the insured mortgage except a successor who is an obligor und | | |
| 02 | Loan origination Fee | to USAA Federal Savings Bank and each successor in ownership of the indebtedness secured by the insured mortgage except a successor who is an obligor und | | |
| **B. Services Borrower Did Not Shop For** | | | | |
| 01 | Appraisal Fee | to Servicelink | | |
| 02 | Credit Report Fee | to Corelogic | | |
| 03 | Flood Certification | to CoreLogic Flood Services | | |
| 04 | Reinspection Fee | to Servicelink | | |
| 05 | Tax Related Service Fee | to Corelogic | | |
| **C. Services Borrower Did Shop For** | | | **$543.80** | |
| 01 | Survey | to Westar Alamo Land Surveyors, LLC | | |
| 02 | Title - Escrow Fee | to Capital Title of Texas | $475.00 | |
| 03 | Title - Guaranty Assessment Recoupment Charge | to Texas Title Insurance Guaranty Association | | |
| 04 | Title - Lender Policy Endorsements | to Capital Title of Texas | | |
| 05 | Title - Lender's Title Insurance | to Capital Title of Texas | | |
| 06 | Title - Tax Certificate | to United Tax Service, Inc. | $59.80 | |
| 07 | Title - eRecording Fee | to United eRecording | $9.00 | |

### Other Costs

| | | | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | **$34.00** | |
| 01 | Recording Fees | Deed: $50.00 Mortgage: $110.00 to Capital Title of Texas | $34.00 | |
| 02 | Transfer Tax | to | | |
| **F. Prepaids** | | | | |
| 01 | Homeowner's Insurance Premium (12 mo.) | to USAA | | |
| 02 | Mortgage Insurance Premium ( mo.) | to | | |
| 03 | Prepaid Interest ($57.41 per day from 09/14/2018 to 10/01/2018) | to USAA Federal Savings Bank and each successor in ownership of the indebtedness secured by the insured mortgage except a successor who is an obligor und | | |
| 04 | Property Taxes ( mo.) | to | | |
| **G. Initial Escrow Payment at Closing to USAA Federal Savings Bank and each successor in ownership of the indebtedness secured by the insured mortgage except a successor who is an obligor und** | | | | |
| 01 | Homeowner's Insurance | $293.41 per month for 3 mo. | | |
| 02 | Mortgage Insurance | per month for mo. | | |
| 03 | Property Taxes | $348.39 per month for 12 mo. | | |
| 04 | Annual Assessments | per month for mo. | | |
| 05 | City Property Taxes | $785.40 per month for 12 mo. | | |
| 06 | County Property Taxes | per month for mo. | | |
| 07 | Mud Notices | per month for mo. | | |
| 08 | Other Taxes | per month for mo. | | |
| 09 | School Property Taxes | per month for mo. | | |
| 10 | Aggregate Adjustment | | | |
| **H. Other** | | | **$33,451.40** | |
| 01 | 4th Qtr HOA Dues | to The Woods at Fair Oaks HOA | | |
| 02 | Amount Due | to The Woods at Fair Oaks HOA | $628.65 | |
| 03 | HOA Transfer Fee | to CIA Services Inc | | |
| 04 | HOA Resale Docs | to CondCerts | | |
| 05 | HOA Transfer Fee | to The Woods at Fair Oaks HOA | | |
| 06 | Real Estate Commission - Listing | to Joyce Klein Realtors | $16,050.00 | |
| 07 | Real Estate Commission - Selling | to Kuper Sotheby's Int'l Realty | $16,050.00 | |
| 08 | Title - Guaranty Assessment Recoupment Charge | to Texas Title Insurance Guaranty Association | $4.50 | |
| 09 | Title - Owner Policy Endorsements | to Capital Title of Texas | $164.25 | |

| 10 Title - Owner's Title Insurance | to Capital Title of Texas | $554.00 |
|---|---|---|
| **J. TOTAL CLOSING COSTS** | | $34,029.20 |

Final

Final

Final

Final

Final

Final

Randolph N. Osherow, Chapter 7 Trustee of the Bankruptcy Estate of Debtors, Jason B. Wilson & Maile E. Wilson, Case No. 18-51488-CAG

By: /s/ Randolph N. Osherow  9/14/2018
Randolph N. Osherow, Chapter 7 Trustee

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Case No: 18-51488 CAG  Judge: CRAIG A. GARGOTTA - SAN ANTONIO
Case Name: WILSON, JASON B.
WILSON, MAILE E.
For Period Ending: 09/17/18

Trustee Name: RANDOLPH N. OSHEROW
Date Filed (f) or Converted (c): 06/27/18 (f)
341(a) Meeting Date: 08/02/18
Claims Bar Date: 10/23/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 28111 Heritage Trail Boerne, TX 78015 the $100 is part of the earnest money | 589,000.00 | 535,126.09 | | 535,126.09 | FA |
| 2. 2011 Chrysler Town/Country Van | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 3. 2012 Honda Pilot Vehicle | 11,582.00 | 11,582.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5. Consumer Electronics | 800.00 | 800.00 | | 0.00 | FA |
| 6. Camera | 300.00 | 300.00 | | 0.00 | FA |
| 7. Clothing | 300.00 | 300.00 | | 0.00 | FA |
| 8. Jewelry | 500.00 | 500.00 | | 0.00 | FA |
| 9. Dog, fish | 50.00 | 50.00 | | 0.00 | FA |
| 10. Cash on hand | 120.00 | 120.00 | | 0.00 | FA |
| 11. Wells Fargo checking | 85.89 | 85.89 | | 0.00 | FA |
| 12. Centennial Bank checking | 235.71 | 235.71 | | 0.00 | FA |
| 13. Centennial Bank checking | 5.00 | 5.00 | | 0.00 | FA |
| 14. Wells Fargo checking | 0.00 | 0.00 | | 0.00 | FA |
| 15. Wells Fargo checking | 96.71 | 96.71 | | 0.00 | FA |
| 16. Wells Fargo savings | 460.00 | 460.00 | | 0.00 | FA |
| 17. Epiphanie, LLC or successor-100% owner | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $611,535.31   $557,661.40   $535,126.09

Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/19    Current Projected Date of Final Report (TFR): 12/31/19

PFORM1  Ver: 20.00j

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 18-51488 -CAG | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|
| Case Name: | WILSON, JASON B. | Bank Name: | BOK FINANCIAL |
|  | WILSON, MAILE E. | Account Number / CD #: | *******3873 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8991 |  |  |
| For Period Ending: | 09/17/18 | Blanket Bond (per case limit): | $ 66,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/09/18 | 1 | KATHY L RIPPS | OPTION FEE SALE OF | 1110-000 | 100.00 |  | 100.00 |
| 09/14/18 |  | CAPITAL TITLE OF TEXAS, LLC | SALE OF 28111 HERITAGE TRAIL |  | 488,586.03 |  | 488,686.03 |
|  | 1 | CAPITAL TITLE OF TEXAS, LLC | Memo Amount: 535,026.09 | 1110-000 |  |  |  |
|  |  |  | SALE OF 28111 HERITAGE TRAIL |  |  |  |  |
|  |  | OPTION FEE | Memo Amount: ( 100.00 ) | 2500-000 |  |  |  |
|  |  |  | OPTION FEE |  |  |  |  |
|  |  | KENDALL COUNTY | Memo Amount: ( 9,579.86 ) | 2820-000 |  |  |  |
|  |  |  | COUNTY PROPERTY TAXES |  |  |  |  |
|  |  | CAPITAL TITLE OF TEXAS | Memo Amount: ( 475.00 ) | 2500-000 |  |  |  |
|  |  |  | TITLE ESCROW FEE |  |  |  |  |
|  |  | UNITED TAX SERVICE, INC. | Memo Amount: ( 59.80 ) | 2500-000 |  |  |  |
|  |  |  | TITLE-TAX CERTIFICATE |  |  |  |  |
|  |  | UNITED ERECORDING | Memo Amount: ( 9.00 ) | 2500-000 |  |  |  |
|  |  |  | TITLE- eRECORDING FEE |  |  |  |  |
|  |  | CAPITAL TITLE OF TEXAS | Memo Amount: ( 34.00 ) | 2500-000 |  |  |  |
|  |  |  | RECORDING FEES |  |  |  |  |
|  |  | THE WOODS AT FAIR OAKS HOA | Memo Amount: ( 628.65 ) | 2500-000 |  |  |  |
|  |  |  | HOA FEES |  |  |  |  |
|  |  | JOYCE KLEIN REALTORS | Memo Amount: ( 16,050.00 ) | 3510-000 |  |  |  |
|  |  |  | REAL ESTATE COMMISSION - LISTING |  |  |  |  |
|  |  | KUPER SOTHEBY'S INT'L REALTY | Memo Amount: ( 16,050.00 ) | 3510-000 |  |  |  |
|  |  |  | REAL ESTATE COMMISSION - SELLING |  |  |  |  |
|  |  | TEXAS TITLE INSURANCE GUARANTY | Memo Amount: ( 4.50 ) | 2500-000 |  |  |  |
|  |  |  | TITLE- GUARANTY ASESSMENT |  |  |  |  |
|  |  | CAPITAL TITLE OF TEXAS | Memo Amount: ( 164.25 ) | 2500-000 |  |  |  |
|  |  |  | TITLE-OWNER POLICY ENDORSEMENTS |  |  |  |  |
|  |  |  | Memo Amount: ( 2,731.00 ) | 2500-000 |  |  |  |
|  |  |  | ADJUSTMENT FOR OWNER'S POLICY |  |  |  |  |
|  |  | CAPITAL TITLE OF TEXAS | Memo Amount: ( 554.00 ) | 2500-000 |  |  |  |
|  |  |  | TITLE -- OWNER'S TITLE INSURANCE |  |  |  |  |
| 09/14/18 | 000101 | RANDOLPH N. OSHEROW 342 W. WOODLAWN, SUITE 100 SAN ANTONIO, TEXAS 78212-3314 | TRUSTEE COMMISSION $30,000.00 | 2100-000 |  | 30,000.00 | 458,686.03 |

Total Of All Accounts 458,686.03

PFORM24

Ver: 20.00j

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 18-51488-CAG |
| WILSON, JASON B. ) | |
| WILSON, MAILE E. ) | |
| ) | Chapter 7 |
| DEBTOR ) | |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Report of Sale has been mailed to all parties listed below, by first class mail, postage prepaid, on this the 17th day of September, 2018.

OFFICE OF THE UNITED STATES TRUSTEE
P.O. BOX 1539
SAN ANTONIO, TEXAS 78295

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, Trustee
State Bar No. TX15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001